**Law Office of David A. Schulman**
Post Office Box 783
Austin, Texas 78767
Tel. 512-474-4747
Fax: 512-532-6282

ACCEPTED
04-14-00338-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/20/2015 2:34:08 PM
KEITH HOTTLE
CLERK

No. 04-14-00338-CR

IN THE COURT OF APPEALS FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS, AT SAN ANTONIO

**Benny Cavazos Valverde**, Appellant

v.

**The State of Texas**, Appellee

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/20/2015 2:34:08 PM
KEITH E. HOTTLE
Clerk

On Appeal in Case No. 2012CR3980, from the 290th District Court of Bexar County, the Hon. Melissa Skinner, Judge Presiding

# Motion to Withdraw "Anders" Brief and For Extension of Time in Which to File Substantive Brief on the Merits.

TO THE HONORABLE FOURTH COURT OF APPEALS:

COMES NOW, Benny Cavazos Valverde, Appellant in the above styled and numbered cause ("Appellant"), by and through his retained counsel, David A. Schulman, and respectfully moves the Court to permit him to withdraw the brief and motion to withdraw submitted by his court appointed counsel, Dean A. Diachin, pursuant to **Anders v. California**, 386 U.S. 738 (1967), **High v. State**, 573 S.W.2d 807 (Tex.Cr.App. 1978), and **In re Schulman**, 252 S.W.3d 403 (Tex.Cr.App. 2008), and allow him to submit a substantive brief on the merits. In support of such motion, Appellant would respectfully show the Court as follows:

## I

Appellant's court-appointed counsel filed what is commonly referred to as an "***Anders***" brief on November 10, 2014. By its Order dated November 17, 2014, the Court subsequently informed Appellant that his pro se brief is due on or before January 20, 2015. The undersigned would show the Court that he has been retained in order to protect Appellant's rights.

The undersigned respectfully requests that the Court permit Appellant to withdraw the ***Anders*** brief heretofore filed by court-appointed counsel and reset the briefing schedule. In that regard, the undersigned would show the Court that he has yet to acquire the Clerk's Record and Reporter's Record, but will endeavor to obtain those promptly.

Nevertheless, the undersigned is informed that the record is voluminous. Accordingly, he requests a sixty (60) day extension of time in which to submit Appellant's brief on the merits.

## Prayer

WHEREFORE PREMISES CONSIDERED, Appellant prays this Honorable Court to grant his/her "Motion to Withdraw '***Anders***' Brief and For Extension of Time in Which to File Substantive Brief on the Merits," grant him permission to withdraw the ***Anders*** brief

heretofore filed by court-appointed counsel, reset the briefing schedule, and Order that the deadline for filing a substantive brief on the merits such be extended an additional sixty (60) days, until March 23, 2015, until such time as set by this Court.

## Certificate of Conference

This to certify that, on January 20, 2015, the undersigned attempted to confer with Lauren Scott, appellate counsel in the Bexar County District Attorney's office. Neither Ms. Scott nor her office oppose the requested extension.

Respectfully submitted,

**David A. Schulman**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
Tel. 512-474-4747
Fax: 512-532-6282
zdrdavida@davidschulman.com

State Bar Card No. 17833400

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 457 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on January 20, 2015, a true and correct copy of the above and foregoing "Motion to Withdraw '***Anders***' Brief and For Extension of Time in Which to File Substantive Brief on the Merits," was transmitted via the eService function on the State's eFiling portal, to Dean A. Diachin (diachin1@aol.com), counsel of record for Appellant; and to Jay Brandon (jbrandon@bexar.org) and Lauren Scott (lscott@bexar.org), counsel of record for the State of Texas.

_____
**David A. Schulman**